In the United States District Court

For the District of Rhode Island 14th
(Form mailed December, 2006

Rinda Rugo-notary
exp 9/27/08 12/14/06

EDWARD DANIELS / PRO-SE

WYATT DETENTION FACILITY.

Enter above the full name of the plaintiff in this action.

v.

Civil Action No. CR06-51ML

UNITED STATES GOVERMENT

~~U.S. District Court/ District Of Rhode~~ Island.

~~The Honorable Judge Mari Lisi/Presiding~~.

PROBATION DEPT. Kristen Mattis. P.O.

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☒

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: N/A

Defendants:

2. Court (if federal court, name the district; if state court, name the county):

3. Docket number: CR06-051ML

4. Name of judge to whom case was assigned: THE HONORABLE MARI LISI.

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) This Defendant was sentenced in this Court by Her Honor Above on: November,30,2006. And was Inhanced on Her Honor's on Motion to Increase this Defendant's Sentence outside of the Guidelines and the Plea Agreement.

6. Approximate date of filing law suit: Now/ 12/12/06

7. Approximate date of disposition: November/30/2006

II. Place of Present Confinement: Donald W.Wyatt Detention Facility, Central Falls, RI02863.

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☐ No ☒X Sentence Appeal

B. If your answer is YES:

1. What steps did you take? ________

2. What was the result? ________

C. If your answer is NO, explain why not: Sentencing Appeal/ Criminal. This Court November/30/2006.

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Edward Daniels

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant U.S. District Court/ The Honorable is employed as Judge Mari Lisi. at District Of Rhode Island/ U.S. District Court.

C. Additional Defendants: United States District Court/ District of Rhode Island PROBATION DEPT, Kristen MATTIS, P.D. Providence. RI 02903

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

In May of 2006 this defendant was incarcerated here at Wyatt Facility. This defendant has complained on numerous occassions about the lack of Representation of his Attorney Mr.Steven D. Dilibero. I wrote to Her Honor on Numerous occasions telling her that there was just to many problems and complaints to be able to let him represent me. He was hired by my Mother and I fired him verbally and she did too. I wrote a few diffrent letters to this Attorney telling him his services were no longer required. He stated that the judge would not let him out. I asked him to fix my PSR and to address to the Court the fact that I had a lot of objections to the PSR. He wrote one down, I had to write them up and he did not help me nor did he advise this Defendant on anything in his case nor did he file a Sentencing Memorandum or any downward Departures on this Defendant's Behalf/ The Judge Mari Lisi. On her own Motion went 5 Levels up on this Defendant's Sentencing Guidlines and gave this defendant a Sentence not only out of the Guidelines Completely but way outside the Plea-Agreement the Defendant had with the AUSA Attorney Mr.Donnally.; Who in fact at sentencing reiterated his stance as to his recommendation of the bottom end of the Guidelines which is at 12 months on this Defendant's Plea.

So, This Defendant Appeals his current sentence of 33 months on the grounds of ineffectivness of councel and upward Departure by his Sentencing Judge on her own inissutive.

## V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

I, am appealing the Sentence given me on November/30/2006 and would like the Appeals Court to reveiw this sentence and the fact that this defendant was made to use councel that it did not want to use and that did not represent him to the best of his ability.

Also that the Honorable Mari Lisi sitting on this case went outside of the Defendant's guidlines and gave him an inhanced sentence and defendant feels that due to the Plea Agreement that he signed and the fact that he did this in good faith that the Goverment would Honor it, He Appeals his Sentence under USC§ 3553/ and would also ask for further releif from the Court due to his Attorney Client problem that he had with his attorney that did not represent him. The defendant had numerous conflicts of interest with his Attorney and he wrote them to her Honor and was ignored by the Court, I also let the Court know by letter that Iwas not good at communicating in the Court Room. I also told the Judge Numerous times that I was not satisfied with councel and that I did not want to use his services, Numerous Times.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this DECEMBER/ 14/ 2006 day of 14th December, 2006.

Edward Daniels

Signature of plaintiff

Linda Riggs - notary
exp 9/27/08 12/14/06

EDWARD DANIELS 14339-038

Donald W. Wyatt Detention Facility

950 High Street, Central Falls 02863

Complete address of plaintiff