Rev. 6/06

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

EDWARD DANIELS
Plaintiff

Her Honor. Mari Lisi
U.S. GOVERMENT . Probation Dept. Kristen Mattous
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: CA 06-551 ML

I, EDWARD DANIELS, declare that I am the (check appropriate box)

XX☒ petitioner/plaintiff/movant ☐ other ____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? XX☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration WYATT DETENTION FACILITY. 950 HIGH ST: CENTRAL FALLS, RI 02863

   Are you employed at the institution? XX☒ Yes ☐ No

   Do you receive any payment from the institution? XX☒ Yes ☐ No $ 3.50 per Wk/

   If the answer is "Yes,", attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) **six** months' transactions.

2. Are you currently employed? ☐ Yes XX☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ____

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, please explain how you have been supporting yourself.

   WAS , Collecting Social Security Disability. $580.00 per month.

3. Have you received in the past (12) twelve months, or do you anticipate receiving in the future, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☒ Yes SSI | ☐ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other persons or sources | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive. MOM. ?

any money she can send at the time, $50.00 $100.00 a month.

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE."

Mrs Helen Thayer/ MOTHER. Puts money in my Inmate Account.
See Attached Inmate account funds ledger from Wyatt Detention Facility. Also, I had some monies left over when I came here in May.

5. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount.

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

7. Have you transferred any assets within the last 12 months prior to filing the application? ☐ Yes ☒ No

If "Yes," describe the asset and state its value.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only. NONE N/A.

I declare under penalty of perjury that the above information is true and correct.

12/12/06
Date

Signature of Applicant

Linda Doyle - notary 9/27/08 12/14/06

**NOTICE TO PRISONER**: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FOR COURT PURPOSES ONLY:

☐ APPROVED ☐ DENIED

U.S. MAGISTRATE JUDGE

DATE