In the United States District Court

For the District of Rhode Island 14th
(Form mailed December, 2006

Aida Rugo-notary
exp 9/27/08 12/14/06

EDWARD DANIELS / PRO-SE

WYATT DETENTION FACILITY.

Enter above the full name of the plaintiff in this action.

v.

Civil Action No. CR06-51ML

UNITED STATES GOVERMENT

~~U.S. District Court/ District Of Rhode~~ Island.

~~The Honorable Judge Mari Lisi/Presiding~~.

PROBATION DEPT. Kristen Mattis, P.O.

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☒

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: N/A

Defendants:

2. Court (if federal court, name the district; if state court, name the county):

Rev. 6/06

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

EDWARD DANIELS
Plaintiff

Her Honor. Mari Lisi
U.S. GOVERMENT . PROBATION Dept. Kristen Mattos
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: CA 06-551 ML

I, EDWARD DANIELS, declare that I am the (check appropriate box)

XX☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? XX☒ Yes ☐ No (If "No," go to Part 2)

If "Yes," state the place of your incarceration WYATT DETENTION FACILITY. 950 HIGH ST: CENTRAL FALLS, RI 02863

Are you employed at the institution? XX☒ Yes ☐ No

Do you receive any payment from the institution? XX☒ Yes ☐ No $ 3.50 per Wk/

If the answer is "Yes,", attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) **six** months' transactions.

2. Are you currently employed? ☐ Yes XX☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, please explain how you have been supporting yourself.

WAS , Collecting Social Security Disability. $580.00 per month.

3. Have you received in the past (12) twelve months, or do you anticipate receiving in the future, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
| d. | Disability or workers compensation payments | ☑ Yes 551 | ☐ No |
| e. | Gifts or inheritances | ☐ Yes | ☑ No |
| f. | Any other persons or sources | ☑ Yes | ☐ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive. MOM. ?